UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANE M. BROWNE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. C05-1384-JLR<br><br><br>ORDER |

　　　Based on the stipulation of the parties, it is hereby ordered that the Commissioner's final decision should be reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will further develop the record and conduct a de novo hearing, at which further evidence will be obtained as to the effects of Plaintiff's limitations. Plaintiff will undergo a new psychological consultative evaluation. The ALJ will re-evaluate the medical evidence, make a new determination as to Plaintiff's disability taking all evidence into account, and issue a new decision. Upon proper application, Plaintiff shall

Page 1　　ORDER - [C05-1384-JLR]

be entitled to reasonable attorney's fees under the terms of the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 19th day of December, 2005.

s/James L. Robart
_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 19th day of December, 2005.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ DAVID J. BURDETT
Special Assistant U.S. Attorney
WSB # 29081
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2522
Fax: (206)615-2531
david.burdett@ssa.gov

Page 2      ORDER - [C05-1384-JLR]