UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE BROWNE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | Case No. C05-1384-JLR-JPD<br><br>ORDER GRANTING ATTORNEY'S<br>FEE, COSTS, AND EXPENSES |

On December 19, 2005, the Court issued an order granting the parties' stipulated motion to remand the the above-captioned case for further administrative proceedings. Dkt. No. 14. The parties have filed a stipulated motion for attorney's fees. Dkt. No. 15. Having carefully considered plaintiff's motion and supporting materials, the Court ORDERS as follows:

Plaintiff's attorney, Elie Halpern, is awarded attorney's fees in the amount of $5,248.78, and expenses in the amount of $47.55 under the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs for a filing fee and photocopies in the amount of $52.30, pursuant to 28 U.S.C. § 1920.

ORDER GRANTING ATTORNEY'S FEE,
COSTS, AND EXPENSES
PAGE -1

01   DATED this 27th day of December, 2005.

02

03

04   JAMES P. DONOHUE
     United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING ATTORNEY'S FEE,
COSTS, AND EXPENSES
PAGE -2